# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**MILFORD LEE ROOP**                                                           **PETITIONER**

**v.**                                                            **No. 1:17CV156-SA-DAS**

**M.D.O.C. JOHN DOES, ET AL.**                                      **RESPONDENTS**

## ORDER OF RECUSAL

In the interest of justice, the Presiding Judge **RECUSES** herself from this case. The Clerk of the Court is **DIRECTED** to reassign this case to another District Judge.

**SO ORDERED**, this, the 4th day of December, 2017.

                                                     **/s/ Sharion Aycock**
                                                     **U.S. DISTRICT JUDGE**