IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MILFORD LEE ROOP**                                                          **PETITIONER**

V.                                                                                         **1:17CV156-M-S**

**M.D.O.C. JOHN DOES and**
**ATTORNEY GENERAL JIM HOOD**                                      **RESPONDENTS**

## ORDER

The above styled and numbered cause was assigned to United States District Judge Michael P. Mills on December 4, 2017. Judge Mills, on his own motion, hereby **RECUSES** himself from this cause.

It is hereby **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This the 6th day of December, 2017.

                                                        **/s/ MICHAEL P. MILLS**
                                                        **UNITED STATES DISTRICT JUDGE**
                                                        **NORTHERN DISTRICT OF MISSISSIPPI**